AUGUSTUS W. OPENHYM et al., Respondents, *v.* CHAMBERLIN-JOHNSON-DU BOSE COMPANY, Appellant.

*Openhym* v. *Chamberlin-Johnson-Du Bose Co.*, 137 App. Div. 919, affirmed.

(Argued June 7, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1910, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover for goods sold and delivered.

*Robert Louis Hoguet, Herbert D. Mason* and *William L. Ransom* for appellant.

*John A. Garver* and *Carl A. Mead* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.